# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Client Server Software Solutions, Inc. ) ASBCA No. 61568
  dba Constellation West )
)
Under Contract No. FA4890-17-F-0020 )

APPEARANCE FOR THE APPELLANT: Ms. Lisa N. Wolford
  President

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
  Phillip E. Reiman, Esq.
  Colby L. Sullins, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The Board docketed this appeal on 27 March 2018. By email dated 6 April 2018, prior to appellant filing its complaint, appellant requested to withdraw its appeal. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.,* ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: 18 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61568, Appeal of Client Server Software Solutions, Inc. dba Constellation West, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals